UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-60908-CIV-WILLIAMS

JANET HOYT,

    Plaintiff,

vs.

BEALL'S INC.,

    Defendant.
_____/

### ORDER DISMISSING CASE

**THIS MATTER** is before the Court on the Parties' joint stipulation of dismissal with prejudice (DE 17).  Upon review of the stipulation and the record, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees.  All pending motions are **DENIED AS MOOT**.  All hearings, trial settings, and deadlines are **CANCELED**.  The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 16th day of December, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE